

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th floor*
*Brooklyn, New York  11201*

August 5, 2010

**VIA ECF AND INTEROFFICE MAIL**

Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:   United States v. Brooklyn Sleep Products, Inc.** *et al.*
             **CV-10-2980 (RRM)(CLP) (E.D.N.Y.)**

Dear Judge Mauskopf:

    Enclosed please find a courtesy copy of the following documents filed in the above-referenced matter:

1. Plaintiff United States' Supplemental Memorandum Of Law In Support Of Its Motion For Preliminary Injunctive Relief;

2. Revised Proposed Order Of Preliminary Injunction; and

3. Appendix Of Unpublished Cases Cited In Support Of The Plaintiff United States' Supplemental Memorandum Of Law In Support Of Its Motion For Preliminary Injunctive Relief.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                    United States Attorney

                By:    s/ James R. Cho
                        James R. Cho
                        Assistant United States Attorney
                        718-254-6519
                        james.cho@usdoj.gov

Enclosures
cc:    Francisco Chavez, President of Brooklyn Sleep Products, Inc.
       (via overnight courier service) (w/ enclosures)