UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                    Plaintiff,      :
                                    :
       -against-                    : No. CV-10-2980 (RRM)(CLP)
                                    :
BROOKLYN SLEEP PRODUCTS, INC.,      :
and FRANCISCO CHAVEZ,               :
                                    :
                    Defendants.     :
-------------------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the application of Plaintiff United States of America for a preliminary injunction pursuant to 15 U.S.C. §§ 2071(a)(1) and 2076; the Complaint; the Declaration of Heather Sonabend; and the United States' Memorandum of Law in Support of Its Motion for Injunctive Relief; *and the United States' Supplemental Memorandum of Law*

IT IS HEREBY ORDERED that Defendants Brooklyn Sleep Products, Inc., and Francisco Chavez shall appear before this Court and United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York on the ___ day of _____, 2010, at _____ in Courtroom ____ to show cause why a preliminary injunction, pursuant to Fed. R. Civ. P. 65, requested by the United States should not be granted.

IT IS FURTHER ORDERED that a copy of this Order, together with the Complaint, the Declaration of Heather Sonabend, and the United States' Memorandum of Law in Support of Its *and the United States' Supplemental Memorandum of Law* Motion for Injunctive Relief, shall be served upon each of the Defendants, on or before the ___ day of _____, 2010.

IT IS FURTHER ORDERED that any responsive papers to the application for a preliminary injunction be served on Plaintiff United States by hand on or before _____August 27_____, 2010. *and filed with the Court, with a Courtesy copy to Chambers.*

SO ORDERED:

Dated this __6th__ day of __August__, 2010.

_____
HON. ROSLYNN R. MAUSKOPF, U.S.D.J.