

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th floor*
*Brooklyn, New York  11201*

August 31, 2010

**VIA ECF AND INTEROFFICE MAIL**

Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **United States v. Brooklyn Sleep Products, Inc. *et al*.**
               **CV-10-2980 (RRM)(CLP) (E.D.N.Y.)**

Dear Judge Mauskopf:

      We are writing on behalf of the United States in the above-referenced matter.  Pursuant to Your Honor's Order requesting proof of service of the "Order to Show Cause" entered on August 6, 2010, enclosed are the following documents confirming delivery of the Order:

1. Letter dated August 10, 2010, addressed to Francisco Chavez, president of Brooklyn Sleep Products, enclosing, *inter alia*, the "Order to Show Cause" (attached as Exhibit A);

2. FedEx label addressed to Mr. Chavez enclosing the cover letter and "Order to Show Cause" (attached as Exhibit B); and

3. Printout confirming delivery of the FedEx package on August 11, 2010 at 9:28 a.m. signed for by "R. Chavez" (attached as Exhibit C).

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                        By:    s/ James R. Cho
                               James R. Cho
                               Assistant United States Attorney
                               718-254-6519
                               james.cho@usdoj.gov

Enclosures

cc: Francisco Chavez, President of Brooklyn Sleep Products, Inc.
(via overnight courier service) (w/ enclosures)

Case 1:10-cv-02980-RRM -CLP   Document 8   Filed 08/31/10   Page 2 of 7



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th floor*
*Brooklyn, New York  11201*

August 10, 2010

**VIA OVERNIGHT COURIER SERVICE**

Francisco Chavez
President
Brooklyn Sleep Products, Inc.
431 Kent Avenue
New York, New York 11211

      Re:    **United States v. Brooklyn Sleep Products, Inc.** *et al*.
            **CV-10-2980 (RRM)(CLP) (E.D.N.Y.)**

Dear Mr. Chavez:

      Enclosed is a copy of the "Order to Show Cause" (docket no. 7), entered on August 6, 2010 in the above-referenced matter.  Pursuant to the Order, you are required to appear before Judge Roslynn R. Mauskopf at the **U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York** on **September 1, 2010 at 11:30 a.m. in Courtroom N6F** to show cause why a preliminary injunction requested by the United States should not be granted.  Any responsive pleadings to the application for a preliminary injunction must be served on the Plaintiff United States by hand delivery and filed with the Court with a courtesy copy to chambers on or before **August 27, 2010**.

      Also enclosed are copies of the following documents that were previously mailed to you prior to entry of the Order to Show Cause:

      1.      Complaint (docket no. 1);

      2.      Plaintiff United States' Memorandum Of Law In Support Of Its Motion For Injunctive Relief (docket no. 2-1);

      3.      Declaration Of Heather Sonabend with exhibits 1-19 (docket no. 4); and

      4.      Plaintiff United States' Supplemental Memorandum Of Law In Support Of Its Motion For Preliminary Injunctive Relief (docket no. 6-1).

                                                                                               Exhibit A

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

      By:  <u>s/ James R. Cho</u>
        James R. Cho
        Assistant United States Attorney
        718-254-6519
        james.cho@usdoj.gov

Enclosures

**FedEx Express US Airbill**

FedEx Tracking Number: 8714 8972 8561

Date: 08/10/10
Sender's FedEx Account Number: 1510-3230-3

Sender's Name: James R. Cho
Phone: (718) 254-6519

Company: USDOJ/US ATTY OFC
Address: 271 CADMAN PLZ E
7th Fl.
BROOKLYN, State NY, ZIP 11201-2790

Recipient's Name: Francisco Chavez, President
Phone: ( )
Company: Brooklyn Sleep Products, Inc.
Address: 431 Kent Avenue
New York, State NY, ZIP 11211

0416558568

Ship and track packages at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

Form ID No.: 0215   SPH11

**4a Express Package Service** * To most locations.   Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** ** To most locations.   Packages over 150 lbs.
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging** * Declared value limit $500.
[ ] FedEx Envelope
[X] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling and Delivery Signature Options**
[ ] SATURDAY Delivery
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

Does this shipment contain dangerous goods?
[ ] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

Total Packages   Total Weight   Total Declared Value

553

Exhibit B

 Print page | Close



## Detailed Results

| Tracking no.: 871489728561 | Select time format: **12H** |
|---|---|

| **Delivered** | **Delivered** Signed for by: R.CHAVEZ |
|---|---|
| Shipment Dates<br>Ship date   Aug 10, 2010<br>Delivery date   Aug 11, 2010 9:28 AM | Destination<br><br>Signature Proof of Delivery |

### Shipment Facts

| Service type | Priority Pak | Delivered to | Shipping/Receiving |
|---|---|---|---|
| Weight | 3.0 lbs/1.4 kg | | |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 11, 2010 9:28 AM | **Delivered** | | |
| Aug 11, 2010 8:35 AM | On FedEx vehicle for delivery | MASPETH, NY | |
| Aug 11, 2010 7:45 AM | At local FedEx facility | MASPETH, NY | |
| Aug 11, 2010 6:14 AM | At dest sort facility | JAMAICA, NY | |
| Aug 11, 2010 3:45 AM | Departed FedEx location | NEWARK, NJ | |
| Aug 10, 2010 11:30 PM | Arrived at FedEx location | NEWARK, NJ | |
| Aug 10, 2010 9:41 PM | Left FedEx origin facility | BROOKLYN, NY | |
| Aug 10, 2010 7:57 PM | Picked up | BROOKLYN, NY | |

Exhibit C



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

August 31,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **871489728561**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | R.CHAVEZ | **Delivery location:** | 431 KENT AVE 11211 |
| **Service type:** | Priority Pak | **Delivery date:** | Aug 11, 2010 09:28 |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 871489728561 | **Ship date:** | Aug 10, 2010 |
| | | **Weight:** | 3.0 lbs/1.4 kg |

**Recipient:**  
FRANCISCO CHAVEZ PRESIDENT  
BROOKLYN SLEEP PRODCUTS INC  
431 KENT AVE  
11211 US

**Shipper:**  
JAMES R CHO  
USDOJ/US ATTY OFC  
271 CADMAN PLZ E  
112012790 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339