UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

      -against-

BROOKLYN SLEEP PRODUCTS, INC. and
FRANCISCO CHAVEZ,

        Defendants.
-------------------------------------------------------X

**MEMORANDUM AND ORDER**
10-CV-2980(RRM)(CLP)

**Roslynn R. Mauskopf, United States District Judge.**

Pursuant to an Order to Show Cause issued on August 6, 2010, the Court held a hearing

on the Government's request for a preliminary injunction today. Defendants did not appear. For

the reasons stated on the record, the application was held in abeyance. The Court also denied the

Government's belated request to convert its application to one seeking temporary injunctive

relief.

In light of the issues raised at the hearing, the Court will give Defendants one final

opportunity to respond to the Order to Show Cause. As such, and as addressed at the hearing,

the Court hereby ORDERS the following:

1) The Government shall personally serve Defendants with a copy of the Order to Show
   Cause, all moving papers, as well as the instant Order immediately, but no later than
   September 7, 2010;
2) Defendants shall respond to the Order to Show Cause no later than 5:00 p.m. on
   September 10, 2010; and
3) The parties shall appear before this Court on September 14, 2010 at 2:00 p.m. in
   Courtroom 6F North to show cause why the relief sought by the Government should
   not be granted.

                  SO ORDERED


Dated: Brooklyn, New York
     September 1, 2010

                  _____
                  ROSLYNN R. MAUSKOPF
                  United States District Judge